# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD L. WEISS, et al., | |
| Plaintiffs, | Case No. 2:13-cv-00513-MMD-PAL |
| vs. | **ORDER** |
| DEL WEBB COMMUNITIES, INC. et al., | (Mtn to Withdraw - Dkt. #61) |
| Defendants. | |

This matter is before the court on the Motion to Withdraw as Counsel and Remove Attorneys From Electronic Service List (Dkt. #61) filed May 14, 2013. Christopher M. Amen and Steven Foremaster seek leave to withdraw as counsel of record for Third Party Defendant Executive Plastering, Inc. The Motion represents that counsel have withdrawn in the related state court case and will no longer represent Executive Plastering, Inc., in this matter. Executive Plastering, Inc., shall continue to be represented by its other counsel of record, Brad R. Kohler. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." This case was filed in state court and removed to this court on March 25, 2013.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw (Dkt. #61) is GRANTED.
2. Christopher M. Amen and Steven Foremaster are withdrawn as counsel of record for Third Party Defendant Executive Plastering, Inc., and the Clerk of Court shall remove them from the electronic service list in this case.

/ / /

/ / /

3. Third Party Defendant Executive Plastering, Inc., shall continue to be represented by its lead counsel of record, Brad R. Kohler.

Dated this 16th day May, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE