1
2
3                      **UNITED STATES DISTRICT COURT**
4                            **DISTRICT OF NEVADA**
5
6   RONALD WEISS, et al.,                    )
7                              Plaintiffs,   )        Case No. 2:13-cv-00513-MMD-PAL
8   vs.                                      )                      **ORDER**
9   DEL WEBB COMMUNITIES, INC., et al.,      )
10                             Defendants.   )
    _____      )
11
12          The court conducted a hearing on the parties' competing proposed discovery plan and
13  scheduling orders on May 14, 2013.  Christopher Carson and Trent Richards appeared on behalf of the
14  Plaintiffs.  Russell Collings, Megan Mahoney, Jeffrey Ballin, Allen Leavitt, Melanie Polk, John
15  Augenstein, Chatree Thongkham, Nakesha Duncan and Theodore Chrissinger appeared on behalf of
16  Defendants.
17          The Complaint in this case was filed in state court December 19, 2009.  It was initially filed on
18  behalf of a single plaintiff who alleged a construction defect claim.  Twenty-nine named Plaintiffs were
19  eventually named.  The state court judge granted Plaintiff's motion to certify a class of homeowners of
20  fifteen different model homes within the Anthem Country Club who alleged their homes contain
21  various construction defects.  Substantial discovery, including expert discovery, took place before the
22  state court certified the class.  The Defendants filed a petition for writ of mandamus in the Nevada
23  Supreme Court challenging the state court judge's decision to certify a class and the state court
24  proceedings were stayed while the petition was pending.  On March 25, 2013, the Nevada Supreme
25  Court declined to disturb the state court's class certification order and the stay was lifted.  The same
26  day, the Defendants removed this case.
27          The parties conducted a Rule 26(f) conference on April 16, 2013, but were unable to agree on a
28  stipulated proposed discovery plan and scheduling order.  Plaintiffs propose a standard 180-day plan

1   measured from the date of removal.  The Defendants propose an 18-month discovery cutoff measured

2   from the date of the Rule 26(f) conference.  The court canvassed counsel concerning the discovery

3   completed to date, and the discovery needed to prepare this case for trial.  Counsel for Plaintiffs

4   indicated that most of the expert depositions have been taken in this case.  Two of Defendants'

5   remaining experts are scheduled for deposition the end of May or early June.  Plaintiffs intend to

6   propound additional written discovery.

7        The putative class consists of 831 potential members who have been identified in the discovery

8   conducted before removal.  Plaintiffs filed a motion for a hearing on Plaintiffs' motion for approval of

9   the notice of class action (Dkt. #39) April 26, 2013.  The motion for approval of notice to the class was

10  filed in state court before removal.  Plaintiffs believe that the parties are substantially in agreement on

11  the form of notice to be provided to putative class members with the exception of two points.  Plaintiffs

12  propose a 45-day period for putative class members to opt out of the class.  Defendants propose 90

13  days.  Additionally, the parities dispute the language in the proposed form of notice concerning

14  attorneys' fees.  Plaintiffs were willing to submit the motion on the papers but asked for a hearing to

15  alert the court that the motion had been filed before removal and needed a ruling.

16        Defendants requested 18 months to conduct discovery, in part, because notice has not yet been

17  sent to putative class members.  However, counsel for Defendants acknowledge that discovery could

18  proceed while putative class members are provided notice and given an opportunity to opt out.

19  Defendants asked for and additional 18 months to complete discovery because there are twelve third-

20  party Defendants, each of whom has at least one expert who needs to be deposed.  Expert depositions

21  are scheduled through July 11, 2013.  In addition, the Defendants intend to depose the 29 named

22  Plaintiffs and to take Rule 30(b)(6) depositions of each of the third-party Defendants.  Defense counsel

23  was not prepared to address the parties differences on the motion for approval of notice to the class and

24  requested a hearing.

25        Given the substantial amount of discovery that has already taken place, including expert

26  depositions, the court will allow the parties 180 days, measured from the date of the Rule 26(f)

27  conference in which to complete discovery.

28  / / /

1    Following the hearing, the court conferred with the district judge who has referred the motion
2  for approval of the notice of class action to the undersigned for decision.

3    **IT IS ORDERED** that:

4    1.    The following discovery plan and scheduling order deadlines shall apply:

5          a.    Last date to complete discovery: **October 14, 2013.**

6          b.    Last date to amend pleadings and add parties: **July 15, 2013.**

7          c.    Last date to file interim status report: **August 14, 2013.**

8          d.    Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **August 14,**
9                **2013.**

10         e.    Last date to disclose rebuttal experts: **September 13, 2013.**

11         f.    Last date to file dispositive motions: **November 12, 2013.**

12         g.    Last date to file joint pretrial order: **December 12, 2013.**  In the event dispositive
13               motions are filed, the date for filing the joint pretrial order shall be suspended
14               until 30 days after a decision of the dispositive motions.

15   2.    The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be
16         included in the pretrial order.

17   3.    Applications to extend any dates set by this discovery plan and scheduling order shall, in
18         addition to satisfying the requirements of LR 6-1, be supported by a showing of good
19         cause for the extension.  All motions or stipulations to extend discovery shall be
20         received no later than **4:00 p.m., September 23, 2013,** and shall fully comply with the
21         requirements of LR 26-4.

22   4.    Plaintiff's Motion for a Hearing (Dkt. #39) is **GRANTED**, and a hearing on Plaintiffs'
23         Motion for Approval of Notice of Class Action is set for **Friday, June 7, 2013, at 9:30**
24         **a.m., in Courtroom 3B.**

25   Dated this 16th day of May, 2013.

27   _____
     Peggy A. Leen
28   United States Magistrate Judge

3